UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FORREY HOLGERSON, | No. 2:14-cv-1767-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JOE A. LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On September 25, 2014, the court dismissed this action because plaintiff had not timely paid the filing fee, filed a completed in forma pauperis affidavit or otherwise responded to the court's order directing the same. The following day, plaintiff filed a completed in forma pauperis application, along with a request that the court consider his filing, even though it was not timely.

Good cause appearing, the order dismissing this action (ECF No. 6) is vacated and the Clerk of the Court is directed to re-open the case. The court will rule on plaintiff's in forma pauperis application, and screen the complaint pursuant to 28 U.S.C. § 1915A, in due course.

Dated: October 7, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE